**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Monte Decarlos WINSTON,**
**Defendant-Appellant.**

**No. 17-6470**

United States Court of Appeals,
Fourth Circuit.

Submitted: August 24, 2017

Decided: August 28, 2017

Monte Decarlos Winston, Appellant Pro Se. Stephen Wiley Miller, Stephen David Schiller, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monte Decarlos Winston appeals the district court's order denying Winston's postjudgment motion asking the court to audit his federal sentencing obligation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Winston,* No. 3:99-cr-00030-REP-1 (E.D. Va. Mar. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*